IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

RITCHIE LYNCH, #07451-010 §

VS. § CIVIL ACTION NUMBER 5:09cv29

UNITED STATES OF AMERICA, ET AL. §

**O R D E R**

Came on for consideration, Defendant Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System's motion for a more definite statement (docket entry #19). It was correctly noted that paragraphs 52 and 53 in the original complaint were vague, thus the Defendant cannot file an appropriately responsive pleading. It is therefore

**ORDERED** that Defendant Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System's motion for a more definite statement (docket entry #19) is **GRANTED**. It is further

**ORDERED** that Plaintiff Ritchie Lynch amend paragraphs 52 and 53 of his original complaint within twenty (20) days from the receipt of this Order to provide a more definite statement regarding (1) the actions or inactions that Christus St. Michael Health System took or failed to take that constituted a "breach of duty" as alleged in paragraph 52 of the original complaint, and (2) the actions or inactions of Christus St. Michael Health System took or failed to take that constituted a "breach of contract" as alleged in paragraph 53 of the original complaint. The Plaintiff is warned that his claims against Christus St. Michael Health System may be dismissed if he fails to comply with this Order.

**SIGNED this 8th day of June, 2009.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE