IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| RITCHIE LYNCH, #07451-010 | § | |
| VS. | § | CIVIL ACTION NO. 5:09cv29 |
| UNITED STATES OF AMERICA, ET AL. | § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the Plaintiff's breach of duty and breach of contract claims against Defendant Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System contained in paragraphs 52 and 53 of the original complaint should be dismissed without prejudice. The Report of the Magistrate Judge, which contain proposed findings of fact and recommendations for the disposition of such action, have been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the Plaintiff's breach of duty and breach of contract claims against Defendant Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System contained in paragraphs 52 and 53 of the original complaint are **DISMISSED** without prejudice.

**SIGNED this 12th day of August, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE