# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

RITCHIE LYNCH, #07451-010 §

VS. § CIVIL ACTION NUMBER 5:09cv29

UNITED STATES OF AMERICA, ET AL. §

## O R D E R

Came on for consideration, Defendant United States of America's motion for clarification regarding July 6, 2009 scheduling order (docket entry #34), which provides that the parties were to "disclose to each other all information relevant to the claims or defenses of any party" by August 7, 2009. The Government asked whether the actual documents had to be disclosed, as opposed to describing them by category and location, as provided by Rule 26(a)(1)(A)(ii). Both the Order to Answer and Scheduling Order required the parties to "disclose to each other all information relevant to the claims or defenses of any party." The wording of the Order is clear. There is nothing about just providing descriptions. The language in the Order is consistent with the practice of this Court in *pro se* civil cases filed by inmates since the early 1990s. Apparently both the Government and the Plaintiff failed to comply with the Order, thus a new deadline will be given. It is accordingly

**ORDERED** that Defendant United States of America's motion for clarification regarding July 6, 2009 scheduling order (docket entry #34) is **GRANTED** and that all parties are to disclose to each other all information relevant to the claims or defenses of any party by October 1, 2009. The parties must file a notice of disclosure once they have complied with the disclosure rule. The

1

parties are placed on notice that sanctions may be imposed if they fail to timely comply with the disclosure order.

**SIGNED this 8th day of September, 2009.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE